AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

FILED
FEB 09 2017
, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Gerardo DURON-Vazquez, YOB: 1975, MX<br><br>Defendant(s) | Case No. M-17-0268-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 8, 2017__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 United States Code § 1324<br><br>8 U.S.C. § 1326 | Knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, conceals, harbors, or shields from detection, or attempts to conceal, harbor, or shield from detection, such alien in any place, including any building or any means of transportation.<br><br>Re-Entry After Removal<br>being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Pharr, Texas, within the Southern District of Texas, the Atto |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

_approved_
_/s/_

Sworn to before me and signed in my presence.

_Complainant's signature_

Antonio Perez IV, HSI Special Agent
*Printed name and title*

Date: 2/9/2017

_Dorina Ramos_
*Judge's signature*

City and state: McAllen, Texas

Dorina Ramos, U.S. Magistrate Judge
*Printed name and title*

On February 8, 2017, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in McAllen, Texas received a duty call from the U.S. Customs and Border Protection, Office of Border Patrol (CBP/OBP) at the McAllen, Texas Station. CBP/OBP reported Jessica Sanchez-Vargas, an undocumented female from Mexico, claimed she had her 2 minor United States Citizen (USC) children transported through a local Port of Entry (POE) by an unknown human smuggler while she waded the Rio Grande River. The female claimed she had lost contact with the smuggler transporting her children and feared they were lost or kidnapped.

On February 8, 2017, HSI McAllen Special Agents interviewed Sanchez at the CBP/OBP station in McAllen, Texas. Sanchez admitted she utilized a human smuggling organization (HSO), based in Reynosa, Tamaulipas, Mexico, to be smuggled into the U.S. illegally. At the direction of the HSO, SANCHEZ released her two children to an unknown smuggler that was to cross the children into the U.S. via a POE. On February 7, 2017, Sanchez received a phone call from a person she only knew as "El Zacatecas" (Later identified as Gerardo DURON-VAZQUEZ). Sanchez described DURON as a "coyote" for the HSO. During the phone call, DURON advised Sanchez that he was in custody of her children that had successfully been smuggled into the U.S. DURON had previously requested SANCHEZ to pay him $6,500.00 to smuggle her and the children into the U.S. Sanchez stated a friend of hers had sent over $2,000.00 to DURON as down payment for her smuggling fees.

On February 8, 2017, HSI McAllen obtained location data for telephone number used by "El Zacatecas". The information received from the phone service provider led HSI McAllen Special Agents to a residence located in Pharr, Texas. HSI McAllen Special Agents and assigned Task Force Officers (TFOs) conducted a consent search of the residence and discovered DURON and Sanchez's two minor missing children. DURON admitted he was the individual that had been in contact with Sanchez and that he provided her with instruction on contacting another member of the HSO to assist her in illegally entering the United States. A search of the residence also revealed a large amount of U.S. currency and a ledger with numerous names and dollar amounts indicative of undocumented immigrant smuggling.

DURON admitted he was a Mexican national, an alien without proper documentation to reside in the United States who was previously deported on November 22, 2005 through the El Paso, Texas.